■ SARIT SHMUELI, Appellant, v NRT NEW YORK, INC., Doing Business as THE CORCORAN GROUP, Respondent. [965 NYS2d 877]— Appeal from order, Supreme Court, New York County (Paul Wooten, J.), entered May 31, 2012, which, insofar as appealed from as limited by the briefs, granted defendant's motion to eliminate postjudgment statutory interest after August 17, 2010, unanimously dismissed, without costs.

The order on appeal has been, in relevant part, vacated by an order of the same court and Justice, entered April 29, 2013, and made upon reargument. Concur—Tom, J.P., Andrias, Renwick, DeGrasse and Gische, JJ. ■

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE CAMPBELL, Appellant. [967 NYS2d 862]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Efrain Alvarado, J.), rendered on or about May 17, 2011, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur— Mazzarelli, J.P., Sweeny, Moskowitz, Manzanet-Daniels and Gische, JJ.